LUDMIL CHOTKOWSKI *v.* MANAFORT BROTHERS, INC.,
ET AL.

HOUSE, C. J., COTTER, THIM, SHAPIRO and LOISELLE, Js.

Argued November 5—decided November 5, 1971

*Alan A. Green* and *John F. Harvey,* for the appellants (defendants).

*Harry N. Jackaway,* for the appellee (plaintiff).

[No written opinion was issued for this appeal since it was dismissed as moot from the bench.]